**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **NATIONAL CHENG KUNG UNIVERSITY**<br><br>Plaintiff,<br><br>v.<br><br>**MAXIM INTEGRATED PRODUCTS, INC.**<br><br>Defendant. | **CIVIL ACTION NO. 2:13-cv-00201-RSP**<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i), Plaintiff National Cheng Kung University hereby voluntarily dismisses without prejudice its Complaint against Defendant Maxim Integrated Products, Inc.

Dated:   March 29, 2013

Respectfully submitted,

/s/ *Winston O. Huff*
Winston O. Huff, Attorney in Charge
State Bar No. 24068745
Deborah Jagai
State Bar No. 24048571
W.O. Huff & Associates, PLLC
302 N. Market Street, Suite 450
Dallas, TX 75202
214.749.1220 (Firm)
469.206.2173 (Fax)
whuff@huffip.com
djagai@huffip.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

  This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this March 29, 2013.

              /s/ *Winston O. Huff*